IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ISMANUEL RAMIREZ-CORNEJO, A# 089-474-150, | § § § | |
| *Petitioner*, | § § § | |
| V. | § § | CIVIL CASE NO. SA-26-CV-04464-FB |
| ROSE THOMPSON, Warden, Karnes County Immigration Processing Center; *et al.,* | § § § § | |
| *Respondents*. | § | |

## ORDER DENYING PETITIONER'S
## MOTION FOR IMMEDIATE INJUNCTIVE RELIEF

Before the Court is Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction. (ECF No. 2). This Court has received hundreds of habeas corpus petitions in recent months. This Petition will be assessed, and the Court will issue a ruling, in due course.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (ECF No. 2) is DENIED.

It is so ORDERED.

SIGNED this 6th day of August, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE