IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ISMANUEL RAMIREZ-CORNEJO, *Petitioner,* | § | |
| vs. | § | SA-26-CV-04464-FB-KGS |
| ROSE THOMPSON, *Warden, Karnes County Immigration Processing Center, et al., Respondents.* | § | |

## ORDER

Before the Court in the above-styled case is Petitioner's Petition for Writ of Habeas Corpus. ECF No. 1. The District Judge referred this case to the undersigned for all pretrial proceedings on August 6, 2026. The undersigned therefore has authority to enter this non-dispositive order pursuant to 28 U.S.C. § 636(b)(1)(A). Having reviewed the Petition, Federal Respondents' Response (ECF No. 4), and Petitioner's Reply (ECF No. 5), the Court finds this case necessitates a written status update.

In particular, the parties should answer the following questions:

1. What is the status of Petitioner's removal proceedings? Is Petitioner subject to a final order of removal?
2. Has Petitioner appeared before an Immigration Judge? When is Petitioner scheduled to appear before an Immigration Judge?
3. Are there any agreements or stipulations that can be made about any facts in this case?
4. Are there any legal issues in this case that can be narrowed by agreement or by motion?

The Court therefore **ORDERS** that the parties confer. The Court further **ORDERS** that the parties submit a joint written status update no later than **November 13, 2026**.

**It is so ORDERED.**

SIGNED this 26th day of October, 2026.

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**